## CHRISTOPHER KENNEDY *v.* LEANNA KENNEDY

The plaintiff's petition for certification for appeal from the Appellate Court (AC 28261) is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Christopher Kennedy*, pro se, in support of the petition.

Decided September 26, 2007

## STATE OF CONNECTICUT *v.* TERRY L. PERKINS

The defendant's petition for certification for appeal from the Appellate Court (AC 28920) is denied.

*Terry L. Perkins*, pro se, in support of the petition.

Decided September 26, 2007

## ROBERT GRANT *v.* COMMISSIONER OF CORRECTION

The petitioner Robert Grant's petition for certification for appeal from the Appellate Court, 103 Conn. App. 366 (AC 27253), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Mark M. Rembish*, special public defender, in support of the petition.

*Timothy F. Costello*, special deputy assistant state's attorney, in opposition.

Decided October 2, 2007